# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Harrisonburg Division

JACOB T. UNGER,
Plaintiff,

v. Civil Action No. 5:25-cv-00029

TIMOTHY C. CARTER,
in his individual capacity,
Defendant.

# PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff Jacob T. Unger, by counsel, makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims, identifying the subjects of the information.**

**a. Jacob T. Unger**
[redacted]
Mount Jackson, VA 22842
[redacted]
*Subject:* All facts related to the April 5-6, 2024 incident, supervisory directives received, termination, conversation with Trooper Brill, Lt. Hall's statements, emotional distress, and damages.

**b. Virginia State Trooper Marshall Brill**
Virginia State Police
(Address to be supplemented)
*Subject:* Plaintiff's April 6, 2024 conversation expressing concerns about the handling of the April 5 incident and potential criminal conduct by SCSO supervisors.

**c. Lieutenant Bo Hall**
Shenandoah County Sheriff's Office
810 N Main Street, Suite 1
Woodstock, VA 22664

(540) 459-6100
*Subject:* Statement to Plaintiff that "someone ran their mouth to a state trooper and the trooper went to the commonwealth attorney"; knowledge of basis for Plaintiff's suspension.

**d. Master Deputy Hank Hoover**
Shenandoah County Sheriff's Office
810 N Main Street, Suite 1
Woodstock, VA 22664
(540) 459-6100
*Subject:* Instructions to Plaintiff to deactivate body camera on April 5, 2024; presence during April 6 conversation with Sgt. Staffa; statements regarding the summons; events of April 5-6, 2024.

**e. Sergeant Keith Staffa**
Shenandoah County Sheriff's Office
810 N Main Street, Suite 1
Woodstock, VA 22664
(540) 459-6100
*Subject:* Instructions to Plaintiff regarding DUI investigation; directive to issue reckless driving citation; instructions regarding destruction of summons; events of April 5-6, 2024.

**f. Chief Wayne Sager**
Strasburg Police Department
174 East King Street
Strasburg, VA 22657
(540) 465-5230
*Subject:* Intent to hire Plaintiff; attendance at DCJS hearing on July 26, 2024; contact from Sheriff Carter questioning his attendance; Plaintiff's subsequent employment with Strasburg PD.

**g. Lieutenant Glenn Ogle (formerly Captain, SCSO)**
Leesburg Police Department
65 Plaza Street NE
Leesburg, VA 20176
(703) 771-4500
*Subject:* Meetings with Plaintiff on April 20 and April 22, 2024; presence at termination meeting; knowledge of SCSO internal operations and practices.

**h. Major Kolter Stroop**
Shenandoah County Sheriff's Office
810 N Main Street, Suite 1

Woodstock, VA 22664
(540) 459-6100
*Subject:* Presence at termination meeting on April 22, 2024; communications with DCJS regarding decertification.

**i. Sergeant Warren Poff**
Shenandoah County Sheriff's Office
810 N Main Street, Suite 1
Woodstock, VA 22664
(540) 459-6100
*Subject:* Collection of Plaintiff's equipment following termination.

**j. Kyle Ortts**
[redacted]
Edinburg, VA 22824
*Subject:* Driver involved in the April 5, 2024 motor vehicle crash; events of April 5-6, 2024.

**k. Elizabeth Cooper, Commonwealth's Attorney**
Shenandoah County Commonwealth's Attorney's Office
600 North Main Street, Suite 102
Woodstock, VA 22664
(540) 459-6129
*Subject:* Review of the April 5, 2024 incident; determination regarding criminal wrongdoing by SCSO personnel; communications with Sheriff Carter and SCSO regarding the incident.

**l. Mitchell Lee Lutz**
[redacted]
Edinburg, VA
*Subject:* Owner of barn damaged in the April 5, 2024 crash; knowledge of contacts with sheriff's office.

**m. Ginger L. Neff, LPC, CTTS**
Harrisonburg Center for Healing
1737 Erickson Avenue
Harrisonburg, VA 22801
[redacted]
*Subject:* Plaintiff's mental health treatment; [redacted]; psychological assessment and treatment.

**n. David W. Silek, Esq.**
Sandground, West, Silek, Raminpour & Wright, PLC
8229 Boone Blvd., Suite 610

Vienna, VA 22182
(703) 564-4600
*Subject:* Plaintiff's representation in DCJS decertification appeal; DCJS proceedings; legal expenses incurred.

**o. Jonathan Banberger**
Virginia Department of Criminal Justice Services
1100 Bank Street, 9th Floor
Richmond, VA 23219
(804) 225-4503
*Subject:* DCJS decertification and reinstatement proceedings.

**p. Irvin L. Burner and Evelyn L. Burner**
[redacted]
Mount Jackson, VA 22842
[redacted]
*Subject:* Plaintiff's character and reputation.

**q. Joan M. Reistetter**
[redacted]
Edinburg, VA 22824
[redacted]
*Subject:* Plaintiff's character, reputation, and community service.

**r. Mike Anderson**
(Address to be supplemented)
*Subject:* Former SCSO deputy; knowledge of similar incidents involving Sheriff Carter directing deputies to dismiss or reduce charges.

Plaintiff reserves the right to call as witnesses the individuals identified by the parties in disclosures and in discovery, and reserves the right to supplement these disclosures through the course of discovery and trial.

**(ii) A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims.**

**Documents in Plaintiff's possession, custody, or control.**

1. Complete DCJS Decertification Appeal Hearing File (Case No. 240424-046), July 26, 2024 (100 pages), containing Virginia Code §§ 15.2-1707 and 15.2-

1708; DC-1 Notification of Eligibility for Decertification form signed by Sheriff Carter; SCSO Investigative Summary; DCJS correspondence and scheduling emails; SCSO policies (Code of Conduct SOP 2-5-C, Field Camera Systems SOP 4-9, Organization and Command SOP 1-3); NHTSA and CSCJTA training certificates; training academy cover sheets; Police Crash Report FR300 (April 5, 2024); and SCSO termination letter (April 22, 2024)

2. Plaintiff's written incident report dated April 22, 2024
3. DCJS Notice of Hearing dated June 26, 2024
4. DCJS Notice of Formal Hearing dated October 23, 2024
5. DCJS Notice of Eligibility Reinstatement dated December 5, 2024
6. Legal invoice from Sandground, West, Silek, Raminpour & Wright, PLC dated October 29, 2024 ($6,991.50)
7. Cash receipt for attorney payment dated December 27, 2024 ($400.00)
8. Pay stubs from Trex Company (May 26, 2024 through December 21, 2024)
9. Resignation letter from Trex Company (January 2025)
10. Psychological summary from Ginger L. Neff, LPC dated November 20, 2024
11. Character reference letter from Irvin and Evelyn Burner dated November 17, 2024
12. Character reference letter from Joan M. Reistetter dated July 4, 2024
13. Character reference letter from Deputy Anthony S. Dove dated April 30, 2024
14. Commendation letter from Prince William County Police Department Chief Peter Newsham to Sheriff Carter dated April 15, 2024, recognizing Plaintiff's professionalism in apprehending a double homicide suspect

**Documents available from public sources.**

15. Northern Virginia Daily article dated May 7, 2024, "Shenandoah County deputy sheriff fired over handling of crash," containing statements by Sheriff Carter
16. Northern Virginia Daily article dated November 25, 2024, "State panel recertifies Shenandoah County deputy fired after crash investigation"
17. Northern Virginia Daily article dated January 21, 2025, "Strasburg murder case hits snag with 'secret' recordings," documenting Sheriff Carter's anonymous letter to defense counsel intended to undermine Strasburg Police Department

18. Sheriff Carter's YouTube video statement dated May 7, 2024 (7,489 views)
19. Sheriff Carter's YouTube video of body worn camera footage dated May 7, 2024 (3,312 views)
20. Sheriff Carter's YouTube video of parking lot surveillance footage dated May 7, 2024 (3,346 views)
21. WHSV television interview with Sheriff Carter (published May 8, 2024)

**Documents in the possession of Shenandoah County Sheriff's Office believed to support Plaintiff's claims.**

22. Body worn camera footage related to the April 5, 2024 incident
23. Axon Evidence Audit Trail
24. Surveillance footage of front parking lot (April 6, 2024)
25. Body worn camera footage of prior DUI investigation conducted by Plaintiff (April 21, 2023)
26. Plaintiff's personnel records
27. Disciplinary records for Sgt. Keith Staffa and Master Deputy Hank Hoover related to the April 5, 2024 incident

Plaintiff's investigation and discovery is continuing. Plaintiff reserves the right to supplement these disclosures pursuant to Rule 26(e).

**(iii) A computation of each category of damages claimed by the disclosing party, making available for inspection and copying the documents or other evidentiary material on which each computation is based.**

**A. Lost Wages**

Period of unemployment from law enforcement: April 22, 2024 (termination) through January 13, 2025 (Strasburg PD employment). Approximately 38 weeks.

SCSO compensation: To be determined through discovery of personnel records.

Mitigation earnings (Trex Company, $23.17/hour): $28,112.76 (per pay stubs). Net lost wages to be calculated upon receipt of SCSO pay records.

**B. Lost Benefits**

Value of SCSO benefits (health insurance, retirement contributions) for the period April 22, 2024 through January 13, 2025: To be determined through discovery.

**C. Legal Expenses**

DCJS decertification appeal: $7,391.50 (per legal invoice from Sandground, West, Silek, Raminpour & Wright, PLC and cash payment receipt).

**D. Emotional Distress Damages**

Plaintiff has been diagnosed with [redacted] by licensed professional counselor Ginger L. Neff, LPC. Plaintiff seeks compensation for emotional distress, anxiety, humiliation, and mental anguish. Amount to be established at trial. Plaintiff seeks not less than $150,000 for emotional distress damages.

**E. Reputational Harm**

Plaintiff seeks compensation for damage to his professional reputation caused by Defendant's false and defamatory statements, which received over 14,000 views on YouTube and were reported in local and regional media. The defamatory statements constitute defamation per se under Virginia law. Amount to be established at trial.

**F. Punitive Damages**

Plaintiff seeks punitive damages not to exceed $350,000 based on Defendant's willful, malicious, and reckless disregard for Plaintiff's constitutional and state law rights.

**G. Attorney's Fees**

Pursuant to 42 U.S.C. § 1988, Plaintiff seeks reasonable attorney's fees. The amount will be calculated at the conclusion of this litigation.

Supporting documents for the above computations are available for inspection and copying upon reasonable request.

**(iv) For inspection and copying any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment.**

Plaintiff is not aware of any insurance agreement under which any insurer may be liable to satisfy part or all of any judgment that may be entered in this action.

Dated: January 12, 2026

Respectfully submitted,

JACOB T. UNGER,
By Counsel

_______________________________
_

Elliott M. Harding, Esq.
Virginia State Bar No. 90442
HARDING COUNSEL, PLLC
2805 Meadow Vista Drive
Charlottesville, VA 22901
Telephone: (434) 962-8465
Email: elliott@hardingcounsel.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2026, I served a copy of the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosures upon the following counsel of record by electronic mail.

Rosalie Pemberton Fessier, Esq.
Brittany E. Shipley, Esq.
TimberlakeSmith
25 North Central Avenue
P.O. Box 108
Staunton, VA 24402-0108
Email: rfessier@timberlakesmith.com
Email: bshipley@timberlakesmith.com

______________________________

Elliott M. Harding