# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| JACOB T. UNGER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 5:25-cv-29 |
| | ) | |
| TIMOTHY C. CARTER, | ) | |
| | ) | |
| *Defendant* | ) | |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION**

Defendant, Timothy C. Carter, by counsel, responds to Plaintiff's First Request for Production as follows:

TimberlakeSmith
Staunton, VA
540.885.1517

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

**JACOB UNGER**

**Plaintiff,**

**v.** **Case No. 5:25-cv-29**

**TIMOTHY CARTER**

**Defendant.**

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION**

NOW COMES, the Plaintiff, Jacob Unger, by counsel, and serves the following Requests for Production or Inspection of Documents on the plaintiff, pursuant to the appropriate Rules of Court, to be responded to in accordance therewith:

(a) These requests are continuing so as to require you to supplement your responses if you obtain further or different material before trial;

(b) Unless otherwise indicated, these requests refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings;

(c) These requests include material in the possession or control of you, your next friend, guardian, representatives and, unless privileged, attorneys;

(d) Responses hereto are requested at the offices of Harding Counsel, PLLC, 2805 Meadow Vista Dr., Charlottesville, Virginia 22901, within thirty (30) days after service, in accordance with said Rules.

(e) Please group the documents produced in response, and specifically designate the Request to which each group of documents is responsive.

**REQUESTS FOR PRODUCTION**

1. Please produce copies of any transcribed or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

**RESPONSE:** **Def. 0001-0022**

TimberlakeSmith
Staunton, VA
540.885.1517

2. Please produce copies of any and all documents containing communications, or pertaining to communications, or other interaction that you have had anyone concerning the April 5-6, 2024 incidents related to the Plaintiff's arrest of Mr. Kyle Ortts and the actions that the Plaintiff and the Shenandoah County Sheriff's Department took thereafter in relation to such arrest.

**RESPONSE:** **Def. 0023-0081; Def. 0247-1097**

3. Please produce copies of any and all documents containing communications or pertaining to communications or other interactions you have had with any witnesses to the April 5-6, 2024 incident and the investigation into the Plaintiff's handling of that arrest and termination of the Plaintiff from employment at the Shenandoah County Sheriff's Department.

**RESPONSE:** **Def. 0001-0003; Def. 0023-0081; Def. 0247-1097**

4. Please produce all documents and communications related to the Plaintiff's end of employment with Shenandoah County Sheriff's Office.

**RESPONSE:** **Def. 0023-0081; Def. 0122-0123; Def. 0184; Def. 0247-1097**

5. Please produce a copy of any and all social media posts, videos, comments, diaries, calendars, memos, emails, text messages, blog entries, or other writings (electronic or otherwise) prepared by you or on your behalf pertaining to the Plaintiff or his employment with the Shenandoah County Sheriff's Office ("SCSO").

**OBJECTION:** **This request is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad and unduly burdensome, and not proportional to the needs of the case. This request seeks any and all social media posts, videos, comments, diaries, calendars, memos, emails, text messages, blog entries, or other writings (electronic or otherwise) prepared by defendant or on defendant's behalf pertaining to the Plaintiff's employment with the Shenandoah County Sheriff's office. Plaintiff was employed with SCSO for almost three years which could be assumed to have resulted in a vast number of communications in regard to his employment, not all of which is relevant to the claims alleged in this case. Production in response to this request would be burdensome.**

**RESPONSE:** **Without waiving objection, please see Def. 0023-0104; Def. 0184**

6. Please produce copies of any and all documents referenced, identified, or reviewed in preparation of your answers to interrogatories and your Rule 26(a)(1) disclosures.

**RESPONSE:** **Def. 0001-1097**

TimberlakeSmith
Staunton, VA
540.885.1517

7. Please produce copies of all documents or other evidentiary material on which your affirmative defenses are based.

    **RESPONSE: Def. 0001-1097**

8. Please produce copies of any and all correspondence by and between you or any on your behalf, to any and all members of the press/media pertaining to the Plaintiff and his employment with the Shenandoah County Sheriff's Department or termination therefrom and any and all press or media publications or other documents, video, recordings, audio recordings, or other electronic publication concerning the Plaintiff's claims in this case.

    **RESPONSE: Def. 0082-0104**

9. Please produce copies of any and all documents you sent or caused to be sent to, or received from, the Virginia Department of Criminal Justice Services concerning the Plaintiff and his conduct as a member of the Shenandoah County Sheriff's Department.

    **RESPONSE: Def. 0023-0081; Def. 0247-1097**

10. Please produce any other documents or other exhibits which you may introduce as evidence at the trial of this case.

    **RESPONSE: This response will be supplemented in accordance with the Pretrial Scheduling Order.**

11. Please produce any pictures, videos, or audio recordings, which pertain to the allegations in this case.

    **RESPONSE: Def. 0020-0022; Def. 0082**

12. Please produce copies of any and all the Plaintiff's employment records from the Shenandoah County Sheriff's Department in the possession of you or your employees or agents.

    **RESPONSE: Def. 0118-0198**

13. Please provide any and all copies of any employment handbook or standard operating procedures that were applicable to the Shenandoah County Sheriff's Department and its deputies and employees from January 1, 2024 until December 31, 2024.

    **RESPONSE: Def. 0199-0244**

14. Please provide any and all audio or video evidence in your possession or the possession of your employees or agents that depict the investigation of Mr. Kyle Ortts on April 5,

TimberlakeSmith
Staunton, VA
540.885.1517

2024 and any actions or communications by the Plaintiff on the scene of such arrest and while in or outside the Shenandoah County Sheriff's Office on April 6, 2024.

**RESPONSE: Def. 0020-0022**

15. Please provide any and all records, including audio or visual, of any and all meetings between you, your staff, and/or the Plaintiff after the arrest of Mr. Ortts on April 5, 2024 in which the investigation and arrest and subsequent handling of Mr. Ortts' arrest and the Plaintiff's handling of such arrest was discussed.

**RESPONSE: Def. 0001-0117**

16. Please provide any and all communications that you or your employees or agents have had with any person concerning the Plaintiff's qualifications or fitness for duty as a member of law enforcement since the Plaintiff's employment ended with the Shenandoah County Sheriff's Department.

**RESPONSE: Def. 0023-0081**

TIMOTHY C. CARTER,

By Counsel

By: /s/__________

Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I have emailed by agreement this document to counsel of record.:

Elliott M. Harding, Esquire
Harding Counsel, PLLC
2805 Meadow Vista Drive
Charlottesville, VA 22801

/s/
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com