# EXHIBIT 3

**From:** Jessica Mejia <Jessica@timberlakesmith.com>
**Sent:** Monday, August 24, 2026 4:42 PM
**To:** elliott <elliott@hardingcounsel.com>
**Cc:** Rosalie P. Fessier <rfessier@timberlakesmith.com>; Cheryl Carroll <cheryl@timberlakesmith.com>
**Subject:** RE: Unger v. Carter - discovery responses
**Attachments:** 2026 - 08-24 Defendants 1st Supplement to RPD.pdf

---

Good afternoon Mr. Harding,

Attached is Defendants 1st Supplement Document production. I have uploaded the additional records to the same link (below).

Unger v. Carter - Defendant Document Production 8.18.26

Best,

**Jess I. Mejia**
*Litigation Paralegal*

TimberlakeSmith
ATTORNEYS AT LAW

**PHONE & FAX**
T: 540.885.1517
F: 540.885.4537

**MAILING ADDRESS**
Post Office Box 108
Staunton, VA 24402-0108

**REAL ESTATE FAX**
540.885.6780

**OFFICE ADDRESS**
25 North Central Ave
Staunton, VA 24401

www.timberlakesmith.com

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and also delete the original message immediately. Thank you.**

---

**From:** Rosalie P. Fessier <rfessier@timberlakesmith.com>
**Sent:** Tuesday, August 18, 2026 5:49 PM
**To:** elliott <elliott@hardingcounsel.com>
**Cc:** Jessica Mejia <Jessica@timberlakesmith.com>; Cheryl Carroll <cheryl@timberlakesmith.com>
**Subject:** Unger v. Carter - discovery responses

Elliott:

Attached are Defendant's Answers to Interrogatories and Responses to Requests for Production of Documents. You can access the documents through this link: Unger v. Carter - Defendant Document Production 8.18.26

Let us know if you have any trouble accessing the documents.

Have a good evening.

Rosalie

**Rosalie Pemberton Fessier**

TimberlakeSmith
ATTORNEYS AT LAW

**PHONE & FAX**
T: 540.885.1517
F: 540.885.4537

**MAILING ADDRESS**
Post Office Box 108
Staunton, VA 24402-0108

**REAL ESTATE FAX**
540.885.6780

**OFFICE ADDRESS**
25 North Central Ave
Staunton, VA 24401

www.timberlakesmith.com

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and also delete the original message immediately. Thank you.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| JACOB T. UNGER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 5:25-cv-29 |
| | ) | |
| TIMOTHY C. CARTER, | ) | |
| | ) | |
| *Defendant* | ) | |

**DEFENDANT'S 1st SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION**

Defendant, Timothy C. Carter, by counsel, supplements his responses to Plaintiff's First Request for Production as follows:

TimberlakeSmith
Staunton, VA
540.885.1517

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

**JACOB UNGER**

**Plaintiff,**

**v.** **Case No. 5:25-cv-29**

**TIMOTHY CARTER**

**Defendant.**

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION**

NOW COMES, the Plaintiff, Jacob Unger, by counsel, and serves the following Requests for Production or Inspection of Documents on the plaintiff, pursuant to the appropriate Rules of Court, to be responded to in accordance therewith:

(a) These requests are continuing so as to require you to supplement your responses if you obtain further or different material before trial;

(b) Unless otherwise indicated, these requests refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings;

(c) These requests include material in the possession or control of you, your next friend, guardian, representatives and, unless privileged, attorneys;

(d) Responses hereto are requested at the offices of Harding Counsel, PLLC, 2805 Meadow Vista Dr., Charlottesville, Virginia 22901, within thirty (30) days after service, in accordance with said Rules.

(e) Please group the documents produced in response, and specifically designate the Request to which each group of documents is responsive.

**REQUESTS FOR PRODUCTION**

1. Please produce copies of any transcribed or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

RESPONSE: Def. 0001-0022

**SUPPLEMENT: Def. 1110-1132**

TimberlakeSmith
Staunton, VA
540.885.1517

2. Please produce copies of any and all documents containing communications, or pertaining to communications, or other interaction that you have had anyone concerning the April 5-6, 2024 incidents related to the Plaintiff's arrest of Mr. Kyle Ortts and the actions that the Plaintiff and the Shenandoah County Sheriff's Department took thereafter in relation to such arrest.

RESPONSE: Def. 0023-0081; Def. 0247-1097

**SUPPLEMENT: Def. 1110-1132**

3. Please produce copies of any and all documents containing communications or pertaining to communications or other interactions you have had with any witnesses to the April 5-6, 2024 incident and the investigation into the Plaintiff's handling of that arrest and termination of the Plaintiff from employment at the Shenandoah County Sheriff's Department.

RESPONSE: Def. 0001-0003; Def. 0023-0081; Def. 0247-1097

**SUPPLEMENT: Def. 1110-1132**

4. Please produce all documents and communications related to the Plaintiff's end of employment with Shenandoah County Sheriff's Office.

RESPONSE: Def. 0023-0081; Def. 0122-0123; Def. 0184; Def. 0247-1097

**SUPPLEMENT: Def. 1110-1132**

5. Please produce a copy of any and all social media posts, videos, comments, diaries, calendars, memos, emails, text messages, blog entries, or other writings (electronic or otherwise) prepared by you or on your behalf pertaining to the Plaintiff or his employment with the Shenandoah County Sheriff's Office ("SCSO").

OBJECTION: This request is not reasonably calculated to lead to the discovery of admissible evidence, is overly broad and unduly burdensome, and not proportional to the needs of the case. This request seeks any and all social media posts, videos, comments, diaries, calendars, memos, emails, text messages, blog entries, or other writings (electronic or otherwise) prepared by defendant or on defendant's behalf pertaining to the Plaintiff's employment with the Shenandoah County Sheriff's office. Plaintiff was employed with SCSO for almost three years which could be assumed to have resulted in a vast number of communications in regard to his employment, not all of which is relevant to the claims alleged in this case. Production in response to this request would be burdensome.

RESPONSE: Without waiving objection, please see Def. 0023-0104; Def. 0184

TimberlakeSmith
Staunton, VA
540.885.1517

**SUPPLEMENT: Def. 1110-1132**

6. Please produce copies of any and all documents referenced, identified, or reviewed in preparation of your answers to interrogatories and your Rule 26(a)(1) disclosures.

RESPONSE: Def. 0001-1097

7. Please produce copies of all documents or other evidentiary material on which your affirmative defenses are based.

RESPONSE: Def. 0001-1097

**SUPPLEMENT: Def. 1110-1134**

8. Please produce copies of any and all correspondence by and between you or any on your behalf, to any and all members of the press/media pertaining to the Plaintiff and his employment with the Shenandoah County Sheriff's Department or termination therefrom and any and all press or media publications or other documents, video, recordings, audio recordings, or other electronic publication concerning the Plaintiff's claims in this case.

RESPONSE: Def. 0082-0104

9. Please produce copies of any and all documents you sent or caused to be sent to, or received from, the Virginia Department of Criminal Justice Services concerning the Plaintiff and his conduct as a member of the Shenandoah County Sheriff's Department.

RESPONSE: Def. 0023-0081; Def. 0247-1097

10. Please produce any other documents or other exhibits which you may introduce as evidence at the trial of this case.

RESPONSE: This response will be supplemented in accordance with the Pretrial Scheduling Order.

11. Please produce any pictures, videos, or audio recordings, which pertain to the allegations in this case.

RESPONSE: Def. 0020-0022; Def. 0082

TimberlakeSmith
Staunton, VA
540.885.1517

12. Please produce copies of any and all the Plaintiff's employment records from the Shenandoah County Sheriff's Department in the possession of you or your employees or agents.

RESPONSE: Def. 0118-0198

13. Please provide any and all copies of any employment handbook or standard operating procedures that were applicable to the Shenandoah County Sheriff's Department and its deputies and employees from January 1, 2024 until December 31, 2024.

RESPONSE: Def. 0199-0244

14. Please provide any and all audio or video evidence in your possession or the possession of your employees or agents that depict the investigation of Mr. Kyle Ortts on April 5, 2024 and any actions or communications by the Plaintiff on the scene of such arrest and while in or outside the Shenandoah County Sheriff's Office on April 6, 2024.

RESPONSE: Def. 0020-0022

15. Please provide any and all records, including audio or visual, of any and all meetings between you, your staff, and/or the Plaintiff after the arrest of Mr. Ortts on April 5, 2024 in which the investigation and arrest and subsequent handling of Mr. Ortts' arrest and the Plaintiff's handling of such arrest was discussed.

RESPONSE: Def. 0001-0117

**SUPPLEMENT: Def. 1110-1132**

16. Please provide any and all communications that you or your employees or agents have had with any person concerning the Plaintiff's qualifications or fitness for duty as a member of law enforcement since the Plaintiff's employment ended with the Shenandoah County Sheriff's Department.

RESPONSE: Def. 0023-0081

**SUPPLEMENT: Def. 1110-1132**

TIMOTHY C. CARTER,

By Counsel

By: /s/ *Rosalie P. Fessier*
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**
25 North Central Avenue

TimberlakeSmith
Staunton, VA
540.885.1517

P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I have emailed by agreement this document to counsel of record.:

Elliott M. Harding, Esquire
Harding Counsel, PLLC
2805 Meadow Vista Drive
Charlottesville, VA 22801

/s/ *Rosalie P. Fessier*

Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

**From:** Virginia Department of State Police - Office of Legal Affairs
**To:** Rosalie P. Fessier
**Subject:** Your Virginia State Police public records request #26-8025 has been closed.
**Date:** Monday, August 24, 2026 11:14:47 AM

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

Virginia State Police Public Records

## Record request #26-8025 has been closed. The closure reason supplied was:

Pursuant to the subpoena, the requested records could not be found or do not exist in the Department's investigative files.

Trooper Marshall Brill noted, *I have no notes, documents, reports or video/recordings of any interaction that is being asked. All conversation was in person and not documented to my knowledge. This incident was not associated with an incident number as it occurred in a personal conversation between Deputy Unger and myself.*

We regret we are unable to assist you further in this matter but hope the information provided is helpful. This request is now closed.

View Request 26-8025

https://vsp.nextrequest.com/requests/26-8025

*Questions about your request?* Reply to this email or sign in to contact staff at Virginia State Police.

*Technical support:* See our help page