# EXHIBIT 4

**From:** Elliott Harding <elliott@hardingcounsel.com>
**Sent:** Saturday, August 29, 2026 10:35 AM
**To:** Rosalie P. Fessier <rfessier@timberlakesmith.com>; Brittany Shipley <bshipley@timberlakesmith.com>; Jessica Mejia <jessica@timberlakesmith.com>
**Subject:** Re: Unger v. Carter Production
**Attachments:** UngerRespProductionReqs.pdf

---

Good morning,

The last couple days I attempted to upload production materials for production but continued to have issues, whether due to file size, internet speed, I'm not sure. Nevertheless, I believe it was successful this morning. I've attached the response here but the files are in the link that you sent previously.
Please let me know if you have any issues accessing these files.

Best,

Elliott Harding
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@Hardingcounsel.com