UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| JACOB T. UNGER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 5:25-cv-29 |
| | ) | |
| TIMOTHY C. CARTER, | ) | |
| | ) | |
| *Defendant* | ) | |

## DEFENDANT'S MOTION FOR EXTENSION

Defendant, Timothy C. Carter, by counsel, moves for an extension of time to file replies to plaintiff's recent response briefs (EFN 41, EFN 42) pursuant to Rule 6(b)(1)(A), and states as follows:

1. On October 1, 2026, plaintiff filed a Memorandum in Opposition to Defendant's Motion for Summary Judgment (EFN 41), and a Memorandum in Opposition to Defendant's Motion for Sanctions under Rules 16(f) and 37(d) (EFN 42), which allowed defendant 7 days from October 1, 2026, within which to file replies, which are due October 8, 2026.

2. Counsel is currently out of the office on vacation until October 12, 2026, and is need of additional time to prepare the replies. Defendant requests a one-week extension until October 15, 2026.

3. This request is made before the original time has expired. No prior request for an extension of time has been made.

4. This extension would not unduly prejudice the Plaintiff.

5. The undersigned conferred with counsel for Plaintiff who objects to the relief sought herein.

WHEREFORE, Defendant respectfully requests that this Court grant him until October 15, 2026, to file his replies, and such other and further relief as the Court deems appropriate.

TIMOTHY C. CARTER,

By Counsel

By: /s/ *Rosalie P. Fessier*
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Elliott M. Harding, Esquire
Harding Counsel, PLLC
2805 Meadow Vista Drive
Charlottesville, VA 22801

/s/ *Rosalie P. Fessier*
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendant Carter
Timberlake**Smith**

25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com
bshipley@timberlakesmith.com