UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| JACOB T. UNGER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 5:25-cv-29 |
| | ) | |
| TIMOTHY C. CARTER, | ) | |
| | ) | |
| *Defendant* | ) | |

# ORDER

This matter is before the court on the defendant's motion requesting an extension of time to file replies to plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment (EFN 41), and Memorandum in Opposition to Defendant's Motion for Sanctions under Rules 16(f) and 37(d) (EFN 42). For the reasons stated therein, it is now **ORDERED** that the defendant's Motion for Extension (Docket No. ___) is **GRANTED**, and the defendant shall file replies to plaintiff's response briefs on or before October 15, 2026.

Entered:

______________________________________
United States Magistrate Judge